IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>Milad Abuitham, Individually )<br>and d/b/a Vallejo Sunroof & )<br>Auto Upholstery; Margaret )<br>Whitmore, Individually and as )<br>Trustee of the Welles Whitmore, )<br>III and Margaret Whitmore Family )<br>Living Trust, dated August 26, )<br>1991, )<br> )<br> Defendants.* )<br>_____ ) | 2:11-cv-02606-GEB-GGH<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

 Plaintiff states in his Status Report filed on January 16, 2012, that "[Defendants] have been served[,]" but "Defendant Milad Abuitham has not filed an answer." (ECF No. 12, 2:14-22.) However, Plaintiff does not address in his Status Report what steps he is taking to prosecute this action against Defendant Milad Abuitham.

 Plaintiff shall take the steps necessary to prosecute this action as a default matter as to Defendant Milad Abuitham. No later than February 27, 2012, Plaintiff shall either file whatever documents are

---

 * The caption has been amended according to Plaintiff's Request for Dismissal of Welles Whitemore, III, without prejudice under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 8.)

1

1  required to prosecute this case as a default matter or show cause in a
2  filing why Defendant Milad Abuitham should not be dismissed for failure
3  of prosecution.
4        Further, the status conference scheduled for hearing on
5  January 30, 2012 is continued to commence at 9:00 a.m. on April 23,
6  2012. A joint status report shall be filed fourteen (14) days prior to
7  the status conference in which Plaintiff is required to explain the
8  status of the default proceedings.
9        IT IS SO ORDERED.
10 Dated:  January 19, 2012

                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge